# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Suzanne Wilson,<br><br>      Plaintiff,<br><br>vs.<br><br>D. Scott Carruthers, A Professional Law Corporation,<br><br>      Defendant. | Case No.: 8:17-cv-00555-DOC-MRW<br><br>**ORDER** [17] |

Based on the Stipulation jointly filed by the Parties to the above-captioned case, it is hereby **ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: August 16, 2017

*David O. Carter*
_____
Hon. David O. Carter
United States District Judge